IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GIAN SINGH SAMBHI, *et al*.,

        Plaintiffs,

v.                                CIV 09-1053 MCA/KBM

HARPREET SINGH, *et al.,*

        Defendants.

# ORDER FOLLOWING HEARING

THIS MATTER is before the Court on Defendants' Motion to Amend the Scheduling Order and Case Management Deadlines *(Doc. 134)* and following a hearing held June 11, 2012.  Having reviewed the motion and briefs of the parties, the Court finds the motion well taken in part as the parties agree that certain deadlines should be extended.  However, I am persuaded that it would be prejudicial at this late date to permit Defendants to file an expert report given that their deadline for doing so expired on January 20, 2012, and they failed to request an extension of that deadline prior to its expiration.  The parties also raised other discovery disputes, and having heard from both sides, the Court issued its rulings consistent with this Order.  I incorporate my comments made at the hearing as my rationale for the rulings.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  The Motion to Amended Scheduling Order and Case Management Deadlines is granted in part.  Except for the contemplated trial deposition, discovery will end on August 3, 2012.  Discovery and dispositive pretrial motions, including those based on

*Daubert*, to be filed no later than August 17, 2012.  Plaintiffs' portion of the Pretrial

Order due to Defendants by August 23, 2012 and Defendant shall submit the completed

Pretrial Order to the court by August 30, 2012.  The current dates set for the Pretrial

Conference and Docket Call before Judge Armijo remain in effect at this time.  Insofar as

Defendant seeks an extension of their expert report identification and report deadline, the

motion is denied;

     2.  Pursuant to an appropriate confidentiality order, Defendants will provide

Plaintiffs with bank statements from 2005 to current pertaining to any personal bank

accounts held jointly between Harpreet Singh and Parmjit Singh;

     3.  Defendants will provide Plaintiffs with all business credit card statements and

certification that all available statements have thus been provided;

     4.  Defendants will provide Plaintiffs with personal income tax returns for

Harpreet Singh, Parmjit Singh, and Aman Sharma from 2005 to current;

     5.  Defendants will provide Plaintiffs with the 2012 corporate bank statements to

date.  Further, Defendants will try to set up a meeting between Mr. Reinhardt and Sage

Accounting so that he may view any documents that are being held back for current

accounting purposes;

     6.  Defendants will provide Plaintiffs with any accounting documents that exist

for 10/31/05 through 12/31/05 or will certify that after due diligence, none other exist;

     7.  Plaintiffs will certify that answers given to interrogatories and supplemental

revised answers given to interrogatories are complete at this time.  Plaintiffs will provide

more specificity where they can and turn over documents that are responsive if they have

them.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE